Núm. 8689.—ORTIZ, aplte. *v.* TORRES ET ALS., apldos.—C. D. Guayama. Cancelación de hipoteca, etc. Abril 14, 1943.

(Por la Corte a propuesta del Juez Asociado Sr. Snyder.)

POR CUANTO, el demandante en este caso ha apelado de una resolución de la Corte de Distrito de Guayama desestimando su apelación procedente de la corte municipal de dicho distrito judicial;

POR CUANTO, de los autos aparece que el apelante, residente en la ciudad de Guayama, notificó su escrito de apelación por correo al abogado de los demandados, también residente en Guayama;

POR CUANTO, está firmemente resuelto en esta jurisdicción que una notificación hecha en esa forma no es válida y priva a esta Corte de ejercitar su jurisdicción apelativa (*Asencio* v. *Sucn. Rodríguez,* 49 D.P.R. 8; *Santana* v. *Salinas,* 54 D.P.R. 116, 118, y casos ahí citados) ;

POR CUANTO, este Tribunal debe *motu proprio* suscitar la cuestión jurisdiccional y abstenerse de conocer del caso de no tener jurisdicción sobre la materia de la acción por no haberse notificado el escrito de apelación en forma legal (*Asencio* v. *Sucn. Rodríguez,* supra; *Santana* v. *Salinas,* supra, a la pág. 120) ;

POR TANTO, se desestima el recurso de apelación en este caso.

### (C) DESISTIMIENTOS

#### (a) CASOS EN QUE SE TUVIERON POR DESISTIDOS A LOS APELANTES, A SU PROPIA INSTANCIA, DE LOS RECURSOS INTERPUESTOS

Núms. 419,[1] 1510,[2] 8452, 8591, 8603, 8632, 8637, 8650, 8656, 8697, 8709, 8718, 8721, 8732 y 8733. •

## II. CAUSAS CRIMINALES

### (A) EN GENERAL